**Order entered September 10, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00522-CR

**PATRICK D MARTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F17-18397-RJ**

## ORDER

The reporter's record was due July 20, 2018. When it was not filed, we notified court reporter Kimberly Xavier by postcard dated July 25 and directed her to file the reporter's record by August 24, 2018. To date, the reporter's record has not been filed and we have had no communication from Ms. Xavier.

We **ORDER** the reporter's record filed within **FOURTEEN DAYS** of the date of this order. We caution Ms. Xavier that the failure to do so will result in the Court taking whatever remedies it has available to ensure that the appeal proceeds in a timely fashion, which may include ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Kimberly Xavier, official court reporter, Criminal District Court No. 3; and to counsel for all parties.


/s/     LANA MYERS
            JUSTICE